# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-2775-GW-PVCx | Date | July 30, 2025 |
|---|---|---|---|
| Title | *Michael Stewart v. Walker Drawas, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On July 29, 2025, Plaintiff Michael Stewart filed a Notice of Settlement [13]. The Court discharges the order to show cause issued on July 29, 2025 [12], with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for September 11, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on September 9, 2025.

|  | : |  |
|---|---|---|
| Initials of Preparer | JG | |